PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| DeLEON DURDEN, | ) | |
|  | ) | CASE NO. 1:19CV2280 |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
|  | ) | |
| ANDREW M. SAUL, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
|  | ) | **MEMORANDUM OF OPINION** |
| Defendant. | ) | **AND ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff DeLeon Durden's application for supplemental security income ("SSI") after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision.[1] On August 13, 2020, the magistrate judge submitted a Report (ECF No. 20) recommending that the Court reverse the Commissioner's decision and remand the case to the Commissioner.

---

[1] The Court referred the case to Magistrate Judge George J. Limbert for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). The parties subsequently consented to the jurisdiction of Magistrate Judge Limbert pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. On July 6, 2020, the case was reassigned from Magistrate Judge Limbert (retired) to the undersigned and referred to Magistrate Judge Carmen E. Henderson pursuant to General Order 2020-13. On July 23, 2020, the case was reassigned from Magistrate Judge Henderson to Magistrate Judge David A. Ruiz pursuant to General Order 2020-16.

(1:19CV2280)

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Objections to the magistrate judge's Report were, therefore, due on August 27, 2020. Neither party has filed objections, evidencing satisfaction with the magistrate judge's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the magistrate judge is hereby adopted. The Court will reverse the decision of the Commissioner of Social Security and remand this case to the Commissioner for rehearing and a new decision.

    IT IS SO ORDERED.

| | |
|---|---|
|  August 31, 2020 |  */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |